# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF
RAHUL KULKARNI, BAR NO. 10650.

No. 73663



FILED

SEP 19 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER DECLINING TO TAKE ACTION UNDER SCR 111

This is a petition under SCR 111 concerning attorney Rahul Kulkarni, based on a conviction for reckless driving, a misdemeanor in violation of NRS 484B.653(1)(a). *See* NRS 484B.653(3)(a) (providing that first-offense violation of NRS 484B.653(1)(a) is a misdemeanor). Kulkarni self-reported the conviction to the State Bar as required by SCR 111(2). Because the conviction is not for a "serious crime" as defined in SCR 111(6), temporary suspension and referral for disciplinary proceedings are not mandatory. SCR 111(7), (8). Having considered the petition and supporting documentation, we conclude that Kulkarni's offense is a minor one that does not warrant the imposition of a temporary suspension or referral to a disciplinary board at this time. *See* SCR 111(9). We therefore decline to take any action on the petition.

It is so ORDERED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:    C. Stanley Hunterton, Bar Counsel, State Bar of Nevada
       Aisen Gill & Associates LLP
       Kimberly K. Farmer, Executive Director, State Bar of Nevada

17-31645